No. 12–7597. VOLK v. GLEBE, SUPERINTENDENT, STAFFORD CREEK CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 12–7598. WILKINSON v. COMMISSION FOR LAWYER DISCIPLINE OF THE STATE BAR OF TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 12–7599. TAYLOR v. PRICE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–7600. VALLERY v. MCDONALD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7605. NEWBALL v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 12–7614. HAMILTON v. JUNIOUS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7622. CARMONA v. MARTEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7626. WALLACE v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–7627. MAESTRI v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 12–7630. WEEKLEY v. CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–7631. THOMAS v. JONES ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–7632. ROBINSON v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 12–7633. WILLIAMS v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–7637. DAVID v. BYARS, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.